## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ANN KAISEN,** | ) |
| **Plaintiff** | ) ) ) |
| v. | ) ) Case No.: 0:18-cv-62622-DPG |
| **DYNAMIC RECOVERY SOLUTIONS, LLC,** | ) ) ) ) |
| **Defendant** | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: January 22, 2019        BY: */s/ Amy L. Bennecoff Ginsburg*
                               Amy L. Bennecoff Ginsburg, Esquire
                               Kimmel & Silverman, P.C.
                               30 East Butler Pike
                               Ambler, PA 19002
                               Phone: (215) 540-8888 ext. 167
                               Facsimile: (877) 600-2112
                               Email: aginsburg@creditlaw.com
                               Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 22nd day of January, 2019, a true and correct copy of the foregoing pleading served via mail to the below:

**Dynamic Recovery Solutions, LLC**
**135 Interstate Blvd., Ste 6**
**Greenville, SC 29615**

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 788-2864
Email:aginsburg@creditlaw.com
Attorney for Plaintiff